UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK MINANO, individually and on behalf of all other persons similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>NEW YORK UNIVERSITY,<br><br>      Defendant. | Case no. 1:25-cv-02750-UA |

### JOINT STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY 30 DAYS

**WHEREAS,** on April 2, 2025, Plaintiff Jack Minano ("Plaintiff") filed a putative class action complaint ("Complaint") against New York University ("Defendant");

**WHEREAS,** on April 10, 2025, Plaintiff served Defendant with the Complaint;

**WHEREAS,** pursuant to Fed. R. Civ. P. 12(a)(1), the deadline for Defendant to answer or otherwise respond to Plaintiff's complaint is currently May 1, 2025;

**WHEREAS,** Defendant requests a 30-day extension of time for Defendant to answer or otherwise respond to the complaint;

**WHEREAS,** this is Defendant's first request for an extension of time;

**WHEREAS,** Plaintiff consents to the requested extension;

**WHEREAS,** there are currently twelve other cases pending in the United States District Court for the Southern District of New York arising out of the same data security incident alleged in the instant complaint, including, *James Ding v. New York University*, Case No. 1:25-cv-02416-ER; *Nathan Hirsch Ward v. New York University*, Case No. 1:25-cv-02495-ER; *Christian*

*Varbanovski v. New York University*, Case No. 1:25-cv-02422-AT; *Alexander Thomas v. New York University*, Case No. 1:25-cv-02500-JMF; *Ethan Sam v. New York University*, Case No. 1:25-cv-02464-AT; *Jackson Buettner, et al. v. New York University*, Case No. 1:25-cv-02503-AT; *Nissim Ram v. New York University*, Case No. 1:25-cv-02510-ER; *Quentin Turner v. New York University*, Case No. 1:25-cv-02552-ER; *Liam DuVally v. New York University*, Case No. 1:25-cv-02583-ER; *Afif Tai and Joseph Collins v. New York University*, Case No. 1:25-cv-02595-ER; *Alondra Marisol Lozano v. New York University*, Case No. 1:25-cv-02720-ER; and *Jennie Whalen v. New York University*, Case No. 1:25-cv-02926-KPF;

**WHEREAS,** counsel for Defendant and Plaintiff's counsel in this matter are considering the best way to streamline the litigation(s), including consolidating the related cases, and the additional time will allow the parties to continue these discussions and determine whether and how consolidation may take place and the best path forward to streamline consolidation, anticipated motions for appointment of interim lead counsel, and the filing of an amended consolidated complaint.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties through their undersigned counsel:

1. Defendant's time to respond to Plaintiff's Complaint shall be extended by thirty (30) days, up to and including June 2, 2025.

Dated: April 28, 2025

_____
Deborah De Villa
AHDOOT & WOLFSON, PC
521 5th Avenue
17th Floor
New York, NY 10175
917-336-0171
Fax: 917-336-0177
Email: ddevilla@ahdootwolfson.com

ANDREW W. FERICH (pro hac vice forthcoming)
AHDOOT & WOLFSON, P.C.
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: 310-474-9111
Facsimile: 310-474-8585
aferich@ahdootwolfson.com

*Counsel for Plaintiff and the Proposed Class*

_____
Eric R. Fish
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
(212)-589-4200
Fax: (212)-589-4201
Email: efish@bakerlaw.com

*Counsel for Defendant New York University*

**SO ORDERED:**

_____   Dated: April \_\_\_\_\_, 2025
Hon.
United States District Court Judge